UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| United States of America, | ) | Case No. CR 14-MJ-70842 |
| | ) | |
| *Plaintiff,* | ) | STIPULATED ORDER EXCLUDING TIME |
| v. | ) | UNDER THE SPEEDY TRIAL ACT **FILED** |
| MICHAEL ALAN KOUTKO | ) | + RULE 5.1 |
| | ) | DEC 18 2014 |
| | ) | RICHARD W. WIEKING |
| *Defendant.* | ) | CLERK, U.S. DISTRICT COURT |
| | ) | NORTHERN DISTRICT OF CALIFORNIA |

For the reasons stated by the parties on the record on ___12/18___, 2014, the Court excludes time under the Speedy Trial Act from ___12/18___, 2014 to ___3/12/15___, ~~2014~~ and finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The Court makes this finding and bases this continuance on the following factor(s):

___✓___ Failure to grant a continuance would be likely to result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(i).

_____ The case is so unusual or so complex, due to [*check applicable reasons*] ____ the number of defendants, _____ the nature of the prosecution, or _____ the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by this section. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

_____ Failure to grant a continuance would deny the defendant reasonable time to obtain counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

_____ Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, given counsel's other scheduled case commitments, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

___✓___ Failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

*AND exclude the under Rule 5.1 for good cause for evaluat for diver—*

**IT IS SO ORDERED.**

DATED: ___12/18/14___

_____
LAUREL BEELER
United States Magistrate Judge

STIPULATED: _____     _____
Attorney for Defendant                Assistant United States Attorney

*Also find that analogy to divers exclus under gen bail statute.*